**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-1964-REB-CBS

NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al.,

    Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation, et al.,

    Defendants.

## MINUTE ORDER

    The matter comes before the court on the following motions:

- Motion for Leave to File Oversized Brief in Support of Motion to Dismiss [#95], filed September 13, 2005, by defendant Qwest Communications International, Inc.;

- Unopposed Motion for Leave to File Excess Pages by Defendant Mark Iwan [#99], filed September 13, 2005;

- Unopposed Motion for Leave to File Excess Pages by Defendant Arthur Andersen LLP [#102], filed September 13, 2005; and

- Motion for Leave to File Excess Pages by Defendant Philip F. Anschutz, Craig D. Slater [#103], filed September 13, 2005.

    Said motions are GRANTED and the briefs are accepted for filing.

    IT IS FURTHER ORDERED that plaintiffs' are granted permission to file responses to these motions using the same number of pages as the motion to which they are responding.

Date:  September 15, 2005

----------------------------------------------------------------------------------------------------------------