# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.  04-cv-1964-REB-CBS

NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al.,

    Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation, et al.,

    Defendants.

## MINUTE ORDER

The following motions are before the court for consideration:

- Defendant Arthur Andersen, LLP's Motion to Dismiss [#29], filed May 31, 2005;
- Defendant Mark Iwan's Motion to Dismiss [#32], filed May 31, 2005;
- Defendants Peter Hellman, Jordan Haines, Thomas Stephens, Linda Alvardo's Motion to Dismiss [#35], filed May 31, 2005;
- Defendant Qwest Communications International Motion to Dismiss [#36], filed May 31, 2005;
- Defendants Citigroup Global Markets Inc., Jack B. Grubman, Citigroup, Inc., Citigroup Global Market Holdings, Inc. Motion to Dismiss [#41], filed May 31, 2005;
- Defendants Philip F. Anschutz, Craig D. Slater's Motion to Dismiss [#45], filed June 20, 2005;
- The Unopposed Motion for Leave to File Excess Pages [#47] and [#49], both filed June 23, 2005;

The above referenced motions are DENIED as moot by the filing of the First Amended Complaint on August 1, 2005 [#67].

IT IS FURTHER ORDERED that the following motions are GRANTED:

- Defendant Gregory Casey's Motion for Leave to File Excess Pages [#126], filed November 14, 2005;
- The Unopposed Motion for Leave to File Excess Pages by Defendants

- Philip Anschutz, and Craig D. Slater [#139], filed December 9, 2005; and
- The Unopposed Motion for Leave to File Excess Pages by Defendant Arthur Andersen, LLP [#141], filed December 9, 2005.

Date:  December 13, 2005
----------------------------------------------------------------------------------------------------------