## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 04-cv-1964-REB-CBS

NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al.,

    Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,  et al.,

    Defendants.
_____

## MINUTE ORDER
_____

    The Agreed Motion for a Stay of All Briefing Pending Settlement [#145], filed December 13, 2005, is DENIED without prejudice for failure to comply with D.C.COLO.L.Civ.R. 7.1.  The motion seeks to stay all briefing, but there is no indication of whether defendants other than the Citigroup defendnats object to the relief requested.

Dated:  December 15, 2005
-----------------------------------------------------------------------------------------------------------