# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 04-cv-1964-REB-CBS

NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al.,

    Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., et al.,

    Defendants.

_____

## MINUTE ORDER
_____

    The Amended Agreed Motion for a Stay of Citigroup Defendants' Briefing Pending Settlement [#151], filed December 15, 2005, is GRANTED. All briefing is stayed until **February 15, 2006**. Absent further order of the court, this stay shall expire on February 15, 2006.

Dated:  December 15, 2005
------------------------------------------------------------------------------------------------------------