# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 04-cv-1964-REB-CBS

NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al.,

    Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,  et al.,

    Defendants.
_____

## MINUTE ORDER
_____

    Plaintiffs' Unopposed Motion for Leave to File a Sur-Reply in Response to Casey's Reply to Plaintiffs' Opposition to Motion to Dismiss [#157], filed on January 2, 2006, is GRANTED and Plaintiffs' Sur-Reply to Gregory M. Casey's Reply to Plaintiffs' Opposition to Motion to Dismiss [#158], filed January 2, 2006, is accepted for filing.

Dated:  January 3, 2006
-------------------------------------------------------------------------------------------------------------