**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 04-cv-1964-REB-CBS

NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al.,

    Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., et al.,

    Defendants.

_____

MINUTE ORDER[1]

_____

    The Unopposed Motion of Defendant Gregory M. Casey for Leave to File Response to Plaintiffs' Sur-Reply to Casey's Reply to Plaintiffs' Opposition to Casey's Motion to Dismiss [#160], filed January 6, 2006, is GRANTED and Defendant Gregory M. Casey's Response to Plaintiffs' Sur-Reply to Casey's Reply to Plaintiffs' Opposition to Casey's Motion to Dismiss [#161] is accepted for filing. No further briefings will be permitted.

Dated:  January 10, 2006

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge.