**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 04-cv-01964-REB-CBS

NEW YORK CITY EMPLOYEES RETIREMENT SYSTEM, et al.,

    Plaintiffs,

vs.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,
JOSEPH P. NACCHIO,
PHILIP F. ANSCHUTZ,
AFSHIN MOHEBBI,
ROBIN R. SZELIGA,
ROBERT S. WOODRUFF,
DRAKE S. TEMPEST,
JAMES A. SMITH,
CRAIG D. SLATER,
GREGORY CASEY,
JORDAN HAINES,
THOMAS STEPHENS,
LINDA ALVARDO,
PETER HELLMAN,
ARTHUR ANDERSEN, LLP, a limited liability partnership,
MARK IWAN,
JACK B. GRUBMAN,
CITIGROUP GLOBAL MARKETS, INC., a New York corporation, (f/k/a Salomon Smith Barney, Inc.),
CITIGROUP GLOBAL MARKET HOLDINGS, INC., a New York corporation, and
CITIGROUP, INC., a Delaware Corporation,

    Defendants.

**ORDER OF DISMISSAL**

**Blackburn, J.**

    On January 18, 2006, the parties filed a **Stipulation of Dismissal With Prejudice** [#175]. After careful review of the stipulation and the file, the court has

concluded that the stipulation should be approved and that all claims asserted by the plaintiffs against the defendants, Citigroup Inc., Citigroup Global Markets Holdings, Inc. (f/k/a Salomon Smith Barney Holdings Inc.), Citigroup Global Markets Inc. (f/k/a Saloman Smith Barney Inc.), and Jack B. Grubman, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation of Dismissal With Prejudice** [#175], filed on January 18, 2006, is **APPROVED**;

2.  That the claims asserted by the plaintiffs against the defendants, Citigroup Inc., Citigroup Global Markets Holdings, Inc. (f/k/a Salomon Smith Barney Holdings Inc.), Citigroup Global Markets Inc. (f/k/a Saloman Smith Barney Inc.), and Jack B. Grubman, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendants defendants, Citigroup Inc., Citigroup Global Markets Holdings, Inc. (f/k/a Salomon Smith Barney Holdings Inc.), Citigroup Global Markets Inc. (f/k/a Saloman Smith Barney Inc.), and Jack B. Grubman, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated January 18, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**