IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01964-REB-PAC

NEW YORK CITY EMPLOYEES RETIREMENT SYSTEM, et al.,

    Plaintiff(s),

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,
JOSEPH P. NACCHIO,
PHILIP F. ANSCHUTZ,
AFSHIN MOHEBBI,
ROBIN R. SZELIGA,
ROBERT S. WOODRUFF,
DRAKE S. TEMPEST,
JAMES A. SMITH,
CRAIG D. SLATER,
GREGORY CASEY,
JORDAN HAINES,
THOMAS STEPHENS,
LINDA ALVARDO,
PETER HELLMAN,
ARTHUR ANDERSEN, LLP, a limited liability partnership,
MARK IWAN,
JACK B. GRUBMAN,

    Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that the Unopposed Motion Staying Discovery by and Against Defendant Joseph T. Nacchio Through February 19, 2007 [filed July 31, 2006; Doc. No. 193] is **GRANTED** as follows:

    Discovery is stayed as to Mr. Nacchio until February 7, 2007, or until further order of the court, whichever is earlier.

Counsel are further advised to review the Court's Electronic Filing Procedures, Section V.L. for the correct submission of proposed orders.

Dated:  August 1, 2006