IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01964-REB-PAC

NEW YORK CITY EMPLOYEES RETIREMENT SYSTEM, et al.,

    Plaintiff(s),

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,
JOSEPH P. NACCHIO,
PHILIP F. ANSCHUTZ,
AFSHIN MOHEBBI,
ROBIN R. SZELIGA,
ROBERT S. WOODRUFF,
DRAKE S. TEMPEST,
JAMES A. SMITH,
CRAIG D. SLATER,
GREGORY CASEY,
JORDAN HAINES,
THOMAS STEPHENS,
LINDA ALVARDO,
PETER HELLMAN,
ARTHUR ANDERSEN, LLP, a limited liability partnership,
MARK IWAN,
JACK B. GRUBMAN,

    Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that Qwest's Motion to Adjourn September 19, 2006 Scheduling/Planning Conference and Related Deadlines dated August 30, 2006 (doc. 198) is granted. The scheduling conference set for September 19, 2006 and the related deadlines are vacated.

Dated: September 1, 2006