## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 04-cv-01964-REB-PAC

NEW YORK CITY EMPLOYEES RETIREMENT SYSTEM, et al.,

    Plaintiffs,

vs.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,
JOSEPH P. NACCHIO,
PHILIP F. ANSCHUTZ,
AFSHIN MOHEBBI,
ROBIN R. SZELIGA,
ROBERT S. WOODRUFF,
DRAKE S. TEMPEST,
JAMES A. SMITH,
CRAIG D. SLATER,
GREGORY CASEY,
JORDAN HAINES,
THOMAS STEPHENS,
LINDA ALVARDO,
PETER HELLMAN,
ARTHUR ANDERSEN, LLP, a limited liability partnership,
MARK IWAN,
JACK B. GRUBMAN,

    Defendants

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the **Stipulation of Voluntary Dismissal With Prejudice** [#210], filed December 12, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiffs' claims against defendants, Qwest Communications International Inc., Arthur Andersen, LLP, Mark Iwan, Philip F. Anschutz, Craig D. Slater, Thomas Stephens, Linda Alvarado, Jordan Haines, Peter Hellman, Joseph P. Nacchio, Afshin Mohebbi, Robin R.

Szeliga, Robert S. Woodruff, Drake S. Tempest, James Smith, and Gregory Casey, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Voluntary Dismissal With Prejudice** [#210], filed December 12, 2006, is **APPROVED**;

2. That plaintiffs' claims against defendants, Qwest Communications International Inc., Arthur Andersen, LLP, Mark Iwan, Philip F. Anschutz, Craig D. Slater, Thomas Stephens, Linda Alvarado, Jordan Haines, Peter Hellman, Joseph P. Nacchio, Afshin Mohebbi, Robin R. Szeliga, Robert S. Woodruff, Drake S. Tempest, James Smith, and Gregory Casey, **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That defendants, Qwest Communications International Inc., Arthur Andersen, LLP, Mark Iwan, Philip F. Anschutz, Craig D. Slater, Thomas Stephens, Linda Alvarado, Jordan Haines, Peter Hellman, Joseph P. Nacchio, Afshin Mohebbi, Robin R. Szeliga, Robert S. Woodruff, Drake S. Tempest, James Smith, and Gregory Casey, are **DROPPED** as named defendants in this action, and the case caption is amended accordingly; and

4. That pursuant to REB Civ. Practice Standard II.I.1., the plaintiff shall file a written report by **January 31, 2007**, reporting the status of the remaining defendants and claims in this case.

Dated December 18, 2006, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge