**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-01964-REB-PAC

NEW YORK CITY EMPLOYEES RETIREMENT SYSTEM, et al.,

    Plaintiffs,

vs.

JACK B. GRUBMAN,

    Defendant

**ORDER OF DISMISSAL**

**Blackburn, J.**

This matter is before me on the **Notice of Final Dismissal of Action** [#212], filed by the plaintiff and defendant Qwest on December 20, 2006. These parties indicate that their Stipulation of Voluntary Dismissal with Prejudice [#210], filed December 12, 2006, resolved all remaining claims against all remaining defendants in this case. In an order [#211] entered on December 18, 2006, I approved the stipulation and dismissed the claims against each of the defendants named in the stipulation. Because all claims have been resolved against all defendants, this case should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Final Dismissal of Action** [#212], filed December 20, 2006, satisfies the requirement that the parties file a written report indicating the status of the remaining claims and defendants, as stated in my order [#211], filed December 18, 2006; and

2. That this case is **DISMISSED**.

Dated December 26, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**